UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA CHURCH, | No. 12-mc-0094 GEB DAD |
| Plaintiff, | |
| v. | ORDER |
| DANA KEPNER COMPANY, INC., | |
| Defendant. | |

On November 19, 2012, plaintiff's counsel filed a motion to quash a subpoena issued in the United State District Court for the District of Colorado, in the matter of <u>Barbara Church v. Dana Kepner Company, Inc.</u>, No. 1:11-cv-2632 CMA MEH.[1]  Plaintiff's counsel, however, did not set the matter for a hearing as required and plaintiff's filing does not otherwise comply with the Local Rules.  Accordingly, shortly after plaintiff's motion was filed with this court, the Courtroom Deputy for the undersigned contacted plaintiff's counsel concerning these issues.

Nonetheless, plaintiff's counsel did not, however, set the matter for a hearing and on January 4, 2013, the court issued a minute order ordering plaintiff to contact the Courtroom Deputy for the undersigned to set this matter for a hearing.  Despite this order the court has

---

[1] A review of docket for the District of Colorado in 11-cv-2632 CMA MEH reveals that this matter was terminated on February 22, 2013, pursuant to the parties' stipulation of dismissal with prejudice.

1

received no response from plaintiff's counsel and there has been no activity in this matter since the filing of plaintiff's unnoticed motion on November 20, 2012.

Accordingly, IT IS ORDERED that plaintiff's November 19, 2012 motion to quash (Doc. No. 1) is denied without prejudice.

Dated: July 22, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\church0094.mc.den.ord.docx